IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Marykutty Philip, | NO. C 04-03375 JW |
|         Plaintiff,<br>  v. | **ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES** |
| Michael J. Astrue, | |
|         Defendant.<br>_____ / | |

Before the Court is Plaintiffs' counsel's motion for an award of attorney fees based on Plaintiff's recovery in this Social Security Benefits dispute. (See Docket Item No. 28.) The motion was filed and served on June 20, 2008. Though the Court has not receive any objections from Defendant, the Court now requests Defendant to respond to Plaintiff's motion. To the extent Defendant does not object, Defendant shall file a statement of non-opposition on or before **July 2, 2008.**

Dated: June 27, 2008

                                                  JAMES WARE<br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harvey Peter Sackett hps@hpspc.com
Maria Daquipa Maria.Daquipa@ssa.gov
Sara Winslow sara.winslow@usdoj.gov

**Dated:  June 27, 2008**                                       **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**